1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN A. CLEVELAND,

11           Plaintiff,                    No. CIV S-11-0435 EFB

12        vs.

13   MICHAEL J. ASTRUE,              ORDER
     Commissioner of Social Security,

14
             Defendant.

15   _____/

16        Plaintiff, who is currently incarcerated in Placer County Jail, has requested authority

17   under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted the affidavit required

18   thereunder which demonstrates that plaintiff is unable to prepay fees and costs or give security

19   for them.  Accordingly, the request to proceed *in forma pauperis* will be granted.  28 U.S.C.

20   § 1915(a).  Accordingly, by separate order, the court directs the agency having custody of

21   plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in

22   28 U.S.C. § 1915(b)(1) and (2).

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1. Plaintiff's request to proceed *in forma pauperis* is granted.

25        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in

26   Social Security cases.

1

1    3.  The Clerk of the Court is further directed to serve a copy of this order on the United

2  States Marshal.

3    4.  Within fourteen days from the date of this order, plaintiff shall submit to the United

4  States Marshal an original and five copies of the completed summons, five copies of the

5  complaint, and five copies of the scheduling order, and *shall file a statement with the court that*

6  *said documents have been submitted to the United States Marshal.*

7    5.  The United States Marshal is directed to serve all process without prepayment of costs

8  not later than sixty days from the date of this order.  Service of process shall be completed by

9  delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

10  for the Eastern District of California, and by sending two copies of the summons, complaint, and

11  scheduling order by registered or certified mail to the Attorney General of the United States at

12  Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

13  the summons, complaint, and scheduling order by registered or certified mail to the

14  Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room

15  611, Altmeyer Bldg., Baltimore, MD 21235.  *See* Fed. R. Civ. P. 4(i)(2).  *The United States*

16  *Marshal shall thereafter file a statement with the court that said documents have been served.*

17    IT IS SO ORDERED.

18  DATED:  May 5, 2011.

19  _____
EDMUND F. BRENNAN
20  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26