IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN A. CLEVELAND,

    Plaintiff,                    No. CIV S-11-0435 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                ORDER
_____/

On May 5, 2011, the court ordered plaintiff to, within 14 days, submit documents for service of process to the United States Marshal, and to file a statement with the court that the said documents had been submitted. Dckt. No. 3. As of the date of this order, plaintiff has not complied with this order.

Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's May 5 order. Plaintiff is warned that failure to comply with this order will result in the dismissal of this case.

SO ORDERED.

DATED: March 13, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE