1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN A. CLEVELAND,
                                          No. CIV S-11-0435 EFB
11              Plaintiff,

12        vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,      ORDER AND
14                                          FINDINGS AND RECOMMENDATIONS
                Defendant.
15   _____/

16        On March 14, 2012, the court ordered plaintiff to comply with its May 5, 2011 order

17   within 14 days.  Dckt. No. 9.  The court warned plaintiff that failure to comply with the order

18   might result in the dismissal of the case.  The allotted time has passed and plaintiff has failed to

19   comply with the March 14 order or otherwise respond.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk shall randomly assign a United

21   States District Judge to this case.

22        It is hereby RECOMMENDED that this case be dismissed for failure to prosecute and the

23   Clerk be directed to close the case.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, any party may file written

1

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3   within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

4   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5   DATED:  April 30, 2012.

6

7   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE